UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

**FILED**

SEP 0 5 2014

Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

CAROLYN JENKINS )
)
v. ) NO. 1:14-cv-265
) HSM/SKL
COMMONWEALTH FINANCIAL )
SYSTEMS, INC.

## APPLICATION TO PROCEED IN FORMA PAUPERIS
## WITH SUPPORTING DOCUMENTATION

I, _____ Carolyn Jenkins _____, declare that I am the:

[X]  plaintiff/petitioner

[ ]  defendant/respondent

[ ]  Other: _____

in the above-reverenced proceeding. In support of my request to proceed without being required to prepay fees or give security therefore, I state that because of my poverty, I am unable to pay the fees for this action or give security therefore. I believe that I am entitled to the relief sought in my complaint/petition/answer/response. The nature of my action, defense, or other proceeding or the issues I intend to present are briefly stated as follows:

Violations by the Defendant of the Fair Debt Collections Practices Act (FDCPA) and violations by the Defendant of the Telephone Consumers Protection Act (TCPA).

In further support of this application, I answer the following questions:

| PERSONAL INFORMATION, EMPLOYMENT AND INCOME DATA ||
|---|---|
| NAME (First   Middle   Last) | YEAR OF BIRTH |
| Carolyn S. Jenkins | 1962 |
| SOCIAL SECURITY NUMBER (last 4 digits only) | PHONE NOS. |
| *7004 | 423-260-3539 |

HOME ADDRESS:

7461 Mullins Cove   P.O. Box   Guild, Tennessee   37340

OWN OR RENT?   N/A                    HOW LONG AT CURRENT ADDRESS? 6 mo.

MARITAL STATUS: Divorced

NAME AND ADDRESS OF CURRENT EMPLOYER:  None

TELEPHONE NUMBER OF EMPLOYER: N/A

HOW LONG AT CURRENT EMPLOYMENT? N/A

OCCUPATION (Describe what you do):

IF EMPLOYED, STATE BOTH THE GROSS AND NET AMOUNTS OF YOUR SALARY AND WAGES PER MONTH.

GROSS:                                        NET:

IF NOT CURRENTLY EMPLOYED, GIVE MONTH AND YEAR OF LAST EMPLOYMENT: Feb 2014

HOW MUCH DID YOU EARN PER MONTH AT YOUR LAST EMPLOYMENT: $2,400

HAVE YOU RECEIVED ANY MONEY FROM ANY OF THE FOLLOWING SOURCES WITHIN THE PAST TWELVE MONTHS?

Business, professional or other form of self-employment? [ ] Yes [X] No If

YES, state the source and amount:

---

Rent payments, interest, or dividends?                [ ] Yes        [X] No

If YES, state the source and amount:

---

Pensions, annuities, or life insurance payments?      [ ] Yes        [X] No

If YES, state the source and amount:

---

Gifts or inheritance?                                 [ ] Yes        [X] No

If YES, state the source and amount:

---

Any other source?                                     [ ] Yes        [X] No

If YES, state the source and amount:

---

| ASSETS: | |
|---|---|
| LIST ANY OF THE FOLLOWING ASSETS THAT YOU OWN AND THE TOTAL VALUE | |
| CASH | $ 225 |
| CHECKING ACCOUNTS TOTAL BALANCE (List Banks Below)<br>**(Do NOT include account numbers)** | $ 0 |
| | |
| | |
| SAVINGS ACCOUNTS–TOTAL BALANCE (List Banks Below)<br>**(Do NOT include account numbers)** | $ 13 |
| Citizens National | |
| | |
| STOCKS AND BONDS | $0 |
| REAL ESTATE–CURRENT FAIR MARKET VALUE<br>(List Locations Below) | |
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |
| **TOTAL REAL ESTATE** | $0 |

VALUE OF PERSONAL PROPERTY, EXCLUDING VEHICLES (Itemize)

| | |
|---|---|
| Furniture, Tools, Computer | $1,700 |
| | $ |
| | $ |
| **TOTAL PERSONAL PROPERTY** | $1,700 |

MOTOR VEHICLES

| Year/Make | License No. | Current Value |
|---|---|---|
| 1995 Nissan | | $1,500 |
| | | $ |
| | | $ |
| | **TOTAL VALUE OF MOTOR VEHICLES** | $1,500 |

DEBTS OWED TO YOU (Give Name of Debtor)

| | |
|---|---|
| | $0 |
| | $ |
| | $ |
| **TOTAL DEBTS OWED TO YOU** | $0 |

OTHER ASSETS (ITEMIZE)

| | |
|---|---|
| | $ 0 |
| | $ |
| | $ |
| **TOTAL OTHER ASSETS** | $0 |

**TOTAL OFF ALL ASSETS:** $ 3,200

# LIABILITIES
## (DO NOT INCLUDE ACCOUNT NUMBERS)

NOTES (LOANS) PAYABLE TO BANKS (List bank name and amount of loan only)

| | |
|---|---|
| _____ | $ 0 |
| _____ | $ _____ |
| _____ | $ _____ |

| | |
|---|---|
| **TOTAL LOANS PAYABLE TO BANKS** | $ 0 |
| NOTES (LOANS PAYABLE TO OTHERS) | $ 0 |
| MORTGAGES PAYABLE ON REAL ESTATE | $ 0 |
| CREDIT CARDS AND ACCOUNTS PAYABLE TO CREDITORS | $ 0 |
| MEDICAL BILLS | $ 0 |
| TAXES AND ASSESSMENTS PAYABLE | $ 0 |
| OTHER LIABILITIES (Itemize) | |
| _____ | $ 0 |
| _____ | $ _____ |
| _____ | $ _____ |
| **TOTAL LIABILITIES** | **$0** |

## LIVING EXPENSES

| | Monthly Payment | Balance Owing |
|---|---|---|
| | | *Live with |
| [ ] RENT or [ ] MORTGAGE PAYMENT (check one) | $ 0 | $ friend |
| ELECTRICITY | $ 0 | $ Friend provides |
| WATER | $ 0 | $ None |
| GAS | $ 0 | $ None |
| TELEPHONE | $ 20 | $ 20 |
| FOOD | $ 100 | $ 0 |
| ALIMONY | $ 0 | $ None |
| CHILD SUPPORT | $ 0 | $ None |
| CHILD CARE | $ 0 | $ None |
| SCHOOL EXPENSES | $ 0 | $ None |
| AUTOMOBILE NOTE | $ 0 | $ None |
| AUTOMOBILE INSURANCE | $ 0 | $ None |
| AUTOMOBILE REPAIRS | $ 0 | $ None |
| GASOLINE | $ 100 | $ 0 |
| FURNITURE NOTE | $ 0 | $ None |
| CLOTHING | $ 0 | $ None |
| CABLE TELEVISION | $ 0 | $ None |
| LIFE INSURANCE | $ 0 | $ None |
| HOSPITALIZATION INSURANCE | $ 0 | $ None |
| DOCTORS | $ 0 | $ None |
| DRUGS | $ 33 | $ 0 |
| CREDIT CARDS | $ 0 | $ None |
| OTHER CHARGE ACCOUNTS OR CREDITORS | $ 0 | $ None |
| TAXES | $ 0 | $ None |
| ANY OTHER EXPENSES (LIST) | 253 | 20 |

**TOTAL EXPENSES**     $ 253

## SPOUSES' PERSONAL INFORMATION; EMPLOYMENT AND INCOME DATA

NAME (First     Middle     Last)            YEAR OF BIRTH

N/A

SOCIAL SECURITY NUMBER (last 4 digits only)        PHONE NOS.


HOME ADDRESS (if different from yours):


OWN OR RENT?            HOW LONG AT CURRENT ADDRESS?

NAME AND ADDRESS OF CURRENT EMPLOYER:



TELEPHONE NUMBER OF EMPLOYER:


HOW LONG AT CURRENT EMPLOYMENT?


OCCUPATION (Describe what your spouse does):


SPOUSE'S CURRENT MONTHLY INCOME:

       Salary or Wages                $ _____

       Commissions                   $ _____

       All other sources (Pensions; Soc.Sec.;
       Rent; Interest; Dividends; Alimony, etc.)    $ _____

                 **TOTAL:**        $ _____

## NAME OF DEPENDENTS AND INCOME (If any)
### (For Minor Children, only provide first initials)

Names:     Age:     Relationship:     Living With Whom?

N/A

_____

_____

_____

_____

TOTAL MONTHLY INCOME OF DEPENDENTS INCLUDING
CHILD SUPPORT PAYMENTS (exclude spouse)      $_____

**TOTAL MONTHLY INCOME OF APPLICANT, SPOUSE,
AND DEPENDENTS**      $0_____

# AFFIDAVIT

I hereby certify that the above statement is true and that it is a complete statement of all my income and assets, real and personal, whether held in my name or by any other, under penalty of perjury.

_Carolyn Jenkins_

Page 10 of 10

Case 1:14-cv-00265-HSM-SKL   Document 1   Filed 09/05/14   Page 10 of 10   PageID #: 10