================================================================================

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | | |
|---|---|---|
| CAROLYN S. JENKINS, | ) | **ORDER ON APPLICATION** |
| | ) | **TO PROCEED WITHOUT** |
| Plaintiff, | ) | **PREPAYMENT OF FEES** |
| | ) | |
| v. | ) | 1:14-cv-265-HSM-SKL |
| | ) | |
| COMMONWEALTH FINANCIAL SYSTEMS  , | ) ) | |
| | ) | |
| Defendant. | ) | |

Having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915 [Doc. 1];

IT IS ORDERED that the application is:

✔ GRANTED

✔ The clerk is directed to file the complaint.

✔ IT IS FURTHER ORDERED that the clerk issue summons and the United States Marshal, or the plaintiff, shall serve a copy of the complaint, summons, and this order upon all defendant(s) as directed by the plaintiff. If the United States Marshal provides the service, all costs of service shall be advanced by the United States. If the plaintiff provides his/her own service, the plaintiff will bear their own costs.

☐ DENIED, for the following reasons:

_____

ENTER.

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE